UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-24369-CIV-DIMITROULEAS/SANCHEZ

ENRIQUE RASPALL,

Plaintiff,

v.

AUTOMATIC DATA PROCESSING, INC.,

Defendant.

---

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE is before the Court on Defendant's Motion for Involuntary Dismissal of Plaintiff's Complaint [DE 29], filed herein on May 28, 2026, and the September 17, 2026 Report and Recommendation entered by United States Magistrate Judge Eduardo I. Sanchez [DE 35] (the "Report"). The Court notes that no objections to the Report [DE 35] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 35] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 35] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 35] is hereby **ADOPTED** and **APPROVED**;

2. The Motion [DE 29] is **GRANTED IN PART**; this case is **DISMISSED WITHOUT PREJUDICE.**

3. The Clerk shall **CLOSE** this case and deny any pending motions as moot.

4. The Clerk is **DIRECTED** to mail a copy of this Order to Plaintiff at the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 6th day of October, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record

**Enrique Raspall**
5250 NW 84th Ave, Apt. 1802
Doral, FL 33166
PRO SE